**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| HAROLD SHAWGNESSY SIMS, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:18-cv-00656-SWW-JTK |
| | * | |
| MALENDA WARREN, *et al*., | * | |
| | * | |
| Defendants. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED.


IT IS SO ORDERED this 31st day of October, 2018.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE